IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Sandra Price                                    :
                                                :
            v.                                  :        No. 1873 C.D. 2016
                                                :
Commonwealth of Pennsylvania,                   :
Department of Transportation,                   :
Bureau of Driver Licensing,                     :
                        Appellant               :

## **O R D E R**

NOW, November 21, 2017, having considered appellee's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge